**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Minjae Kim, | No. CV-22-00816-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, | |
| Defendant. | |

Plaintiff filed a lengthy letter to the Registrar of the High Court in Hong Kong, drafted on behalf of the Court. (Doc. 10.) Plaintiff later filed a two-page motion that merely states that Plaintiff "requires this Court to request International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters." (Doc. 11 at 2.)

Pursuant to LRCiv 7.2(b), the moving party must "set[] forth the points and authorities relied upon in support of the motion." Moreover, to prevail on a motion, the moving party must apply the law to the facts of the case. Plaintiff has failed to provide the legal standard or to explain why it has been met. Thus, the motion is denied without prejudice. The Court also notes that Plaintiff appears to be seeking to pursue a form of discovery that is different from the limited discovery Plaintiff previously requested (and was granted) leave to pursue. (Docs. 5, 7.)

Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Doc. 11) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff file a renewed motion by **July 21, 2022.**

Dated this 30th day of June, 2022.

Dominic W. Lanza
United States District Judge

- 2 -